# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2716
_____

ELSA D. WHITLOCK, as next
friend of, and on behalf of H.F.,

    Appellant,

    v.

LYNNE LISKA, as guardian of the
property of H.F., IN RE:
GUARDIANSHIP (of the property)
of H.F. and S.F., Minors,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

May 17, 2018

PER CURIAM.

    AFFIRMED.

WOLF, BILBREY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


James P. Waczewski of Waczewski Law Group, and Matletha N. Fuller, Tallahassee, for Appellant.

Mary L. Wakeman of Heuler-Wakeman Law Group, P.L., Tallahassee, for Appellee.